MARY KANIGHER, as Administratrix of the Estate of GERALD KANIGHER, Deceased, Appellant, *v.* SCHWERIN AIR CONDITIONING CORPORATION, Respondent, Impleaded with Others.

Argued April 12, 1939; decided May 16, 1939.

Benjamin H. Siff and Arthur H. Rose for appellant.

Robert H. Charlton for respondent.

Judgment of the Appellate Division and that of the Trial Term reversed and new trial granted, with costs to abide the event. (Lessig v. New York Central R. R. Co., 271 N. Y. 250.) There was a question of fact as to employment. No opinion. (See 280 N. Y. 837.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.